# United States District Court

_____CENTRAL_____ DISTRICT OF _____ILLINOIS_____

FILED
MAY 27 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

FRANCISCO TORRES-FLORES

**CRIMINAL COMPLAINT**

CASE NUMBER: 08- MJ - 6026

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about May 25, 2008 in McLean county, in the Central District of Illinois the defendant, (Track Statutory Language of Offense)

knowingly possessed more than five (5) kilograms of a mixture and substance containing cocaine, a Schedule II controlled substance, with intent to distribute,

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 841(b)(1)(A)__

I further state that I am a(n) __DEA Special Agent__ and that this Complaint is based on the following facts:

See attached Affidavit in support of Complaint which is made a part hereof.

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

s/ Agent

Signature of Complainant
Paul Larsen
DEA Special Agent

Sworn to before me and subscribed in my presence,

May 27, 2008 at _____ Peoria, Illinois _____
Date                                                 City and State

s/ John A. Gorman

JOHN A. GORMAN
United States Magistrate Judge
_____
Name & Title of Judicial Officer

AFFIDAVIT IN SUPPORT OF ARREST WARRANT

1. Your affiant, Paul Larsen, is a special agent with the Drug Enforcement Administration, stationed in Springfield, Illinois. Your affiant has been so employed since July 1999. Prior to being employed by the Drug Enforcement Administration, your affiant was employed for five years as a police officer for the Florence, S.C., Police Department. From 1997 to 1999, your affiant was assigned to the Drug Enforcement Administration as a narcotics investigator. During the course of your affiant's law enforcement experience, your affiant has received extensive training for investigations of drug violations. In addition, your affiant has also participated in numerous arrests and seizures.

2. This affidavit is made in support of an application for an arrest warrant for Francisco TORRES-FLORES, date of birth 12-03-1942. The unlawful activity is possession of more than five kilograms of cocaine with intent to distribute, in violation of Title 21 U.S.C., 841(b)(1)(A).

3. Your affiant is familiar with the following facts based upon your affiant's personal observations and/or upon information officially supplied to your affiant by other law enforcement agents or the people described in this affidavit. Specifically, DEA Task Force Officer James Jackson provided the information for this affidavit. TFO Jackson responded to the traffic stop of TORRES-FLORES.

4. On May 25, 2008, Illinois State Trooper Tim Sweeny stopped a truck tractor semi-trailer to conduct an Illinois Commercial Driver/Vehicle Inspection Report. The stop happened on Interstate 55 northbound at mile post 164 in McLean County, Illinois. During Trooper Sweeny's inspection, he determined that the driver, Francisco TORRES-FLORES, didn't have a valid commercial driver's license. Trooper Sweeny also noticed that TORRES-FLORES' log book and shipping papers were suspicious. Trooper Sweeny had the vehicle relocated to the Carlock scales on Interstate 74, which is approximately seven miles from the location of the stop. Trooper Sweeny allowed his drug-detection canine to walk around the truck tractor and the semi trailer. The dog gave a positive alert for the presence of drug odor on the front area of the semi trailer. Trooper Sweeney and Illinois State Police Sgt. Jeff Gaither searched the trailer and located 100 packages

wrapped in black tape weighing approximately one kilogram apiece. Trooper Sweeny field tested one of the packages, which resulted in a positive response for the presence of cocaine. Trooper Sweeny read TORRES-FLORES the Miranda warning, which he said he understood. TORRES-FLORES reported to Trooper Sweeny that he had no knowledge of the packages that where found in the trailer.

5. After TORRES-FLORES was relocated to a secure location, DEA TFO James Jackson, ISP Special Agent Tim Gainer and ISP Inspector Dave Torres conducted an interview with TORRES-FLORES. Inspector Torres asked TORRES-FLORES if he remembered being read his Miranda warning. TORRES-FLORES advised that he had already been read his rights. Inspector Torres again read TORRES-FLORES the Miranda warning, which he advised he understood. TFO Jackson and Agent Gainer asked TORRES-FLORES if he knew that there was cocaine in the semi trailer he was hauling. TORRES-FLORES advised that he knew there was something in the trailer but he was not sure what it was. TORRES-FLORES further advised agents that he was going to be paid $20,000.00 cash for transporting the contents of the trailer to Chicago, Illinois, from Pharr, Texas.

6. Your affiant knows from prior experience that the amount of cocaine seized during the traffic stop of FLORES-TORRES, and its packaging, is consistent with cocaine intended for distribution.

7. Based on the information contained in this affidavit, your affiant requests the issuance of an arrest warrant for Francisco TORRES-FORES.                s/ Agent

                                      Special Agent Paul Larsen
                                      Drug Enforcement Administration

Sworn to and subscribed to
Before me this date
May 27, 2008        s/ John A. Gorman


United States Magistrate Judge
Peoria, Illinois