**E-FILED**

FINANCIAL AFFIDAVIT

Tuesday, 27 May, 2008  04:37:43 PM
Clerk, U.S. District Court, ILCD

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER SERVICES

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
| --- | --- | --- | --- | --- | --- |

IN THE CASE OF

_____ V.S. _____

FOR _____

AT _____

PERSON REPRESENTED (Show your full name)

Francisco Torez-Flores

| | |
| --- | --- |
| 1 ☐ | Defendant—Adult |
| 2 ☐ | Defendant - Juvenile |
| 3 ☐ | Appellant |
| 4 ☐ | Probation Violator |
| 5 ☐ | Parole Violator |
| 6 ☐ | Habeas Petitioner |
| 7 ☐ | 2255 Petitioner |
| 8 ☐ | Material Witness |
| 9 ☐ | Other |

DOCKET NUMBERS

Magistrate
08-6026

District Court

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)   ☐ Felony   ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**

Are you now employed?  ☑ Yes   ☐ No   ☐ Am Self-Employed

Name and address of employer: S&N Trucking  Address? 2½ yrs FOR

**IF YES,** how much do you earn per month? $ 3000 wk

**IF NO,** give month and year of last employment
How much did you earn per month? $

If married is your Spouse employed?  ☐ Yes  ☑ No

**IF YES,** how much does your Spouse earn per month? $

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☑ No

RECEIVED                    SOURCES

**IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES** $ _____

**CASH**

Have you any cash on hand or money in savings or checking accounts?  ☑ Yes  ☐ No  **IF YES,** state total amount $ ?

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☐ No

**IF YES, GIVE THE VALUE AND DESCRIBE IT**

VALUE $ ?   DESCRIPTION  over 100,000 mi

2001 Chevy GMC Pickup

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
____ SINGLE
____ MARRIED
____ WIDOWED
☒ SEPARATED OR DIVORCED

Total No. of Dependents

List persons you actually support and your relationship to them
_____
_____
_____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
| --- | --- | --- | --- |
| Phone bill | | $ | $ 250 |
| daughters phone bill | | $ | 99 |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.  Executed on (date)  5/27/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ X 

s/ Defendant