E-FILED
Thursday, 12 June, 2008 09:04:08 AM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

vs.

FRANCISCO TORRES-FLORES

**WARRANT FOR ARREST**

CASE NO. 08-MJ-6026-

**FILED**

JUN 11 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOI
URBANA, ILLINOIS

TO: THE UNITED STATES MARSHAL and any AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest __FRANCISCO TORRES-FLORES__, and bring him
                                          Name

forthwith to the nearest magistrate to answer a complaint charging him with possession of more than five (5) kilograms of

a mixture and substance containing cocaine, a Schedule II controlled substance, with intent to distribute,

in violation of Title ___21___ United States Code, Section(s) __841(a)(1) and 841(b)(1)(A)__

| John A. Gorman | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | MAY 27, 2008    Peoria, Illinois |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ __No Bond -Detention Requested__ by __John A. Gorman, United States Magistrate Judge__
                                                                Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at __McLean County__

| Date Received 05/02/08 | Name of Arresting Officer T.M. Sweeny | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 05/05/08 | Title of Arresting Officer I.S.P. | |